**No. 62234.**—Columbia Novelty Co. *v.* United States, protest 307931–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of chalkwhite stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

**No. 62235.**—The Mirror House, Inc. *v.* United States, protest 312201–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 62236.**—Selig Manufacturing Co., 'Inc., et al. *v.* United States, protests 58/1873, etc. (Boston).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs or parts thereof similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62237.**—C. A. Andres & Co. *v.* United States, protest 314063–K (New York).

Opinion by MOLLISON, J.   At the trial, it was agreed that the provisions of the statute and customs regulations pertaining to the assessment of duty at the reduced rate upon leather, imported to be used in the manufacture of footwear, had been complied with in connection with 5,727 skins of the shipment in issue. The claim of the plaintiff was sustained as to said 5,727 skins.